Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for TRAVATA AND MONTAGE AT SUMMERLIN HOMEOWNERS' ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; SATICOY BAY, LLC, SERIES 11339 COLINWARD; AND NEVADA ASSOCIATION SERVICES, INC.,

Defendants.

---

SATICOY BAY LLC SERIES 11339 COLINWARD;

Counterclaimant,

vs.

BANK OF AMERICA, N.A.,

Counterdefendant.

CASE NO.: 2:16-cv-00473-JCM-VCF

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COMPLAINT**

**(First Request)**

Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to **April 29, 2016**. The HOA's Response was originally due on March 28, 2016. As counsel has just been retained in this matter, the parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED this __4th__ day April, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

*/s/ J. William Ebert*

By:____________________________
Joseph P. Garin, Esq. (Bar No. 6653)
J. William Ebert, Esq. (Bar No. 2697)
H. Sunny Jeong, Esq. (Bar No. 12981)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
702-382-1500

*Attorneys for Defendant Travata and Montage at Summerlin Centre Homeowners' Association*

AKERMAN, LLP

*/s/ Miles N. Clark*

By:____________________________
Ariel E. Stern, Esq. (Bar No. 8276)
Miles N. Clark, Esq. (Bar No. 13848)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000

*Attorneys Plaintiff/Counterdefendant for Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED.

DATED this __5th__ day of April, 2016.

______________________________
UNITED STATES MAGISTRATE JUDGE

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512