ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
           brett.coombs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 11339 COLINWARD; AND NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.:  2:16-cv-00473-JCM-VCF <br><br> **NOTICE OF DISASSOCIATION** |
| SATICOY BAY LLC SERIES 11339 COLINWARD; <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | |

Bank of America, N.A.  (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Mr. Clark be removed from the CM/ECF service list.

///

///

{40623871;1}              1

1  Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., and
2  BRETT M. COOMBS, ESQ. receive all future notices.
3  Respectfully submitted, this 9th day of February, 2017.

**AKERMAN LLP**

/s/ *Brett M. Coombs, Esq.*
ARIEL E. STERN , ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2-14-2017

_____
UNITED STATES MAGISTRATE JUDGE

{40623871;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| | |
|---|---|
| **J. William Ebert**<br>**David A Markman**<br>**Hyungseon S. Jeong**<br>**Joseph P Garin**<br>Lipson, Neilson, Cole, Seltzer & Garin, P.C.<br>9900 Covington Cross Dr.<br>Suite 120<br>Las Vegas, NV 89144 | **Michael F. Bohn**<br>Law Office of Michael F. Bohn<br>376 East Warm Springs Rd., Ste. #140<br>Las Vegas, NV 89119 |
| **Christopher V. Yergensen**<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 | |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40623871;1}                                   3