ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JASON ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       allison.schmidt@akerman.com

*Attorneys for Plaintiff Bank of America, N.A*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 11339 COLINWARD; AND NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00473-JCM-VCF <br><br> **NOTICE OF DISASSOCIATION** |
| SATICOY BAY LLC SERIES 11339 COLINWARD; <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | |

Bank of America, N.A. (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. and JASON ZUMMO, ESQ. receive all future notices.

{41058673;1}                                              1

Respectfully submitted, this 3rd day of March, 2017.

          **AKERMAN LLP**

          */s/ Jason Zummo*
          Ariel E. Stern, Esq.
          Nevada Bar No. 8276
          Jason Zummo, Esq.
          Nevada Bar No. 13995
          1160 Town Center Drive, Suite 330
          Las Vegas, Nevada 89144
          *Attorneys for Plaintiff Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Date: 3-6-2017

_____
UNITED STATES MAGISTRATE JUDGE

{41058673;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 3st day of March, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

/s/ Michael Hannon
An employee of AKERMAN LLP

{41058673;1}

3