MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
376 E. Warm Springs Rd., Ste. 140
Las Vegas, Nevada  89119
(702) 642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay LLC
Series 11339 Colinward

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 11339 COLINWARD; AND NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. <br><hr> SATICOY BAY LLC SERIES 11339 COLINWARD; <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | CASE NO.: 2:16-CV-00473 <br><br> **JUDGMENT GRANTING QUIET TITLE TO SATICOY BAY LLC SERIES 11339 COLINWARD** |

Based upon this court's order entered on July 18, 2017, ECF 58,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the countermotion for summary judgment of defendant Saticoy Bay LLC Series 1139 Colinward is granted  in favor of Saticoy Bay LLC

1

Series 11339 Colinward.

IT IS FURTHER ORDERED that plaintiff Bank of America's motion for summary judgment is denied.

IT IS FURTHER ORDERED that judgment is entered in favor of Saticoy Bay LLC Series 11339 Colinward and against Bank of America.

IT IS FURTHER ORDERED that title to the real property commonly known as 11339 Colinward Las Vegas, Nevada, and legally described as:

> Lot 40 of Summerlin Village 19, Enclave 2 lot 3, as shwon by map thereof on file in book 127 of plats, page 4 and amended by that certain certificate of amendment recorded December 7, 2005 in book 20051207 as instrument no. 04357, April 3, 2006 in book 20060403 as instrument 04221, recorded May 11, 2006 in book 20060511 as instrument no. 03571, recorded April 19, 2007 in book 20070419 as instrument n. 03195, recorded December 20, 2007 in book 20071220 as instrument no. 05600 and recorded June 17, 2009 in book 20090617 as instrument no. 04010, of official records, in the office of the County Recorder of Clark County, Nevada
>
> APN 164-02-713-040

is hereby quieted in the name of Saticoy Bay LLC Series 11339 Colinward.

IT IS FURTHER ORDERED that as a result of the foreclosure sale conducted on March 28, 2014, and the foreclosure deed recorded on March 31, 2014, as instrument number 20140331-0002279, the interests of defendant Bank of America Bank, N.A. as well as its successors or assigns in the property commonly known as 11339 Colinward Drive, Las Vegas, Nevada are extinguished.

IT IS FURTHER ORDERED that defendant Bank of America Bank, N.A., as well as its successors and assigns, have no further right, title or claim to the real property commonly known as 11339 Colinward Drive, Las Vegas, Nevada.

IT IS FURTHER ORDERED that defendant Bank of America Bank, N.A., as well as its successors and assigns, or anyone acting on their behalf, are forever enjoined from asserting any estate, right, title or interest in the real property commonly known as 11339 Colinward Drive, Las Vegas, Nevada as a result of the deed of trust recorded on September 29, 2010, as instrument number 201009290003835.

IT IS FURTHER ORDERED that defendant Bank of America Bank, N.A. as well as its successors and assigns or anyone acting on their behalf, are forever barred from enforcing any rights against the real property commonly known as 11339 Colinward Drive, Las Vegas, Nevada, as a result of the deed of trust recorded on September 29, 2010, as instrument number 201009290003835.

DATED July 26, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: _/s/ Michael F. Bohn_____
  Michael F. Bohn, Esq.
  Adam R. Trippiedi, Esq.
  376 East Warm Springs Road, Ste. 140
  Las Vegas, Nevada 89119
  Attorney for plaintiff

3