LIPSON, NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
JULIE A. FUNAI, ESQ.
Nevada Bar No. 8725
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com

*Attorneys for Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO.: 2:16-cv-00473-JCM-VCF |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE ATTORNEY DAVID MARKMAN FROM ELECTRONIC SERVICE LIST** |
| TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION; SATICOY BAY, LLC, SERIES 11339 COLINWARD; AND NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| SATICOY BAY LLC SERIES 11339 COLINWARD; | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Counterdefendant. | |

Defendant TRAVATA AND MONTAGE AT SUMMERLIN CENTRE HOMEOWNERS' ASSOCIATION ("Travata"), by and through its counsel of record LIPSON NEILSON, P.C., hereby provides notice that attorney David A. Markman, Esq., is no longer associated with the law firm of Lipson Neilson, P.C.

LIPSON NEILSON, P.C., continues to serve as counsel for Travata in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court removed David A. Markman, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to J. William Ebert, Esq., and Julie A. Funai, Esq.

Dated this 1st day of August, 2018.

LIPSON NEILSON, P.C.

By: /s/ Julie A. Funai
J. William Ebert, Esq.
Nevada Bar No. 2697
Julie A. Funai, Esq.
Nevada Bar No. 8725
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
bebert@lipsonneilson.com
jfunai@lipsonneilson.com
*Attorneys for Travata and Montage at Summerlin Centre Homeowners' Association*

**COURT APPROVAL**

**IT IS SO ORDERED.**

**DATED:** August 2, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2018, service of the foregoing **MOTION TO REMOVE ATTORNEY DAVID MARKMAN FROM THE ELECTRONIC SERVICE LIST** was made by electronic submission and filing of the foregoing with the Clerk of the Court by using the ECF system which served the following parties electronically:

Miles Clark, Esq.
Allison R. Schmidt, Esq.
AKERMAN LLP
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
702-634-5000
miles.clark@akerman.com
allison.schmidt@akerman.com

*Attorneys for Plaintiff &
Counterdefendant Bank of America*

Christopher V. Yergensen, Esq.
NEVADA ASSOCIATION SERVICES, INC.
6224 West Desert Inn Road
Las Vegas, NV 89146
702-804-8885
chris@nas-inc.com
*Attorney for Nevada Association Services, Inc.*

Michael F. Bohn, Esq.
LAW OFFICES OF MICHAEL E. BOHN
376 E. Warm Springs Rd., Ste #140
Las Vegas, NV 89119
702-642-3113
mbohn@bohnlawfirm.com

*Attorney for Saticoy Bay, LLC Series 11339 Colinward*

/s/ Debra Marquez
_____
Employee of LIPSON NEILSON P.C.